■ In the Matter of PAUL AUGELLO et al., Appellants, v BOARD OF EDUCATION OF THE LYNBROOK UNION FREE SCHOOL DISTRICT, Respondent.—In a proceeding pursuant to CPLR article 78 to review a resolution of the respondent Board of Education of the Lynbrook Union Free School District dated June 15, 1988, which, *inter alia,* reduced the contributions to be made toward the petitioners' health insurance premiums, the petitioners appeal from an order and judgment (one paper) of the Supreme Court, Nassau County (McCabe, J.), dated May 31, 1989, which granted the respondent's motion to dismiss the proceeding.

Ordered, that the order and judgment is reversed, on the law, with costs, the motion is denied, the petition is reinstated, and that the matter is remitted to the Supreme Court, Nassau County, for further proceedings on the petition.

For the reasons stated in *Allen v Board of Educ.* (168 AD2d 403 [decided herewith]), we conclude that the existence of triable issues of fact preclude dismissal of the proceeding (CPLR 7804 [h]). Bracken, J. P., Harwood, Miller and Ritter, JJ., concur.

■ In the Matter of LARRY CAMPBELL, Appellant, v CHARLES J. SCULLY, as Superintendent of Green Haven Correctional Facility, et al., Respondents.—In a proceeding pursuant to CPLR article 78, *inter alia,* to compel the respondents to cease certain alleged improper practices at the Green Haven Correctional Facility, the petitioner appeals from a judgment of the Supreme Court, Dutchess County (Ritter, J.), entered September 25, 1987, which dismissed the proceeding without prejudice to the service of an amended petition setting forth the specific grievances of the petitioner which have been finally determined by the appropriate administrative officials.

Ordered that the judgment is affirmed, without costs or disbursements.

We have reviewed the record and agree with the petitioner's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Lawrence, J. P., Kooper, Sullivan and Rosenblatt, JJ., concur.